In the Matter of the Application of Charlotte Poillon, Appellant, for a Writ of Prohibition. John B. Mayo and Others, Justices of the Court of Special Sessions of the City of New York, First Division, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry von Tilzer Music Publishing Company, Respondent, v. Arthur J. Lamb, Impleaded with M. Witmark & Sons, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Herman Fahrenwald, Appellant, v. Bridget Fahrenwald, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application for an Order to Strike from the Enrollment Book of the Twenty-fifth Election District of the Fifteenth Assembly District of the County of New York the Name of James J. Gaffney. John T. Dooling and Others, Commissioners of the Board of Elections of the City of New York, Appellants; James L. Watson, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Henry Conklin, Appellant, for a Writ of Habeas Corpus. Jeannie L. Conklin and Thomas F. Foley, Sheriff of the County of New York, Respondents.— Appeal dismissed, with ten dollars costs. No opinion.

Basilio C. Accetta, as Administrator, etc., of Giuseppe Accetta, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Donald Mitchell, Appellant, v. Ebenezer Hurd and James W. Halstead, Respondents.— Order affirmed, with ten dollars costs and disbursements, without prejudice to renewal as stated in order. No opinion.

The People of the State of New York ex rel. Henry Grossberg. Appellant, v. Maynard N. Clement, as State Commissioner of Excise, and Moses M. McKee, as Special Deputy Commissioner of Excise for the Boroughs of Manhattan and The Bronx, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Mary Jones, Appellant, against Smith Lent, an Attorney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William F. O'Brien, Appellant, v. Edmond J. Butler, as Commissioner of the Tenement House Department of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Louis Rudinsky and Morris J. Bernstein, Respondents, v. The Peerless Cloak and Suit Company, Appellant. (Two cases.)— Orders affirmed, with ten dollars costs and disbursements on each appeal. No opinion.

Amadee Spadone, Respondent, v. Harry D. Warren, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, on the authority of *Lutz* v. *Third Avenue R. R. Co.* (44 App. Div. 256).